# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CASE NO. 1:08-cv-00140-LJO-GSA PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE |
| v. | (Doc. 1) |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |

Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois. To date, plaintiff has filed more than ninety civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district.[1] The complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007). Plaintiff's persistence in wasting this Court's judicial resources by filing frivolous complaints is in bad faith.

Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:    February 15, 2008**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of the Complaints in the civil suits filed by plaintiff in this district.

1